**STATE of Missouri, Plaintiff/Appellant,**

v.

**Gary L. WEBER, Defendant/Respondent.**

**No. 74139.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 12, 1999.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, for appellant.

Gael D. Wood, Eckelkamp, Eckelkamp, Wood & Kuenzel, James W. McGettigan, Jr., Washington, for respondent.

Before SIMON, P.J., and CRANE and MOONEY, JJ.

### ORDER

PER CURIAM.

The state appeals the trial court's failure to find defendant a persistent offender under Section 577.023 RSMo (1994).

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).